**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THELMA WILLIAMS, JR.,
ADC #93197                                                                                    PLAINTIFF

v.                                           5:11-cv-00015-SWW-JTK

BARBARA SMALLWOOD, et al.                                                    DEFENDANTS

<u>**ORDER**</u>

The Court has received  proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a <u>de</u> <u>novo</u> review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Williams' request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (Doc. No. 4) is DENIED.

IT IS FURTHER ORDERED that if Plaintiff wishes to continue this case, he must submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case.  Upon receipt of the motion and full payment, the case will be reopened.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from this Order and accompanying Judgment is not in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 4th day of April, 2011.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE