# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

THELMA WILLIAMS, JR.,
ADC #93197                                                                                          PLAINTIFF

v.                              5:11-cv-00015-SWW-JTK

BARBARA SMALLWOOD, et al.                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 4th day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE